UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

TUMAC LUMBER COMPANY, INC.

        Plaintiff,                         No.3:11-cv-0698
                                                    (DNH/DEP)

vs.

CHENANGO VALLEY PET FOODS, INC.,

        Defendant.

## ORDER OF DISMISSAL

        Pursuant to Fed. R. Civ. P 41(a), the Court, being advised that the parties entered into a Settlement Agreement on February 6, 2012 with respect to all claims and all parties, HEREBY ORDERS:

        This action is hereby DISMISSED without prejudice pursuant to the Settlement Agreement.  The Court retains jurisdiction to enforce the Settlement Agreement or adjudicate alleged violations of the Settlement Agreement and to award appropriate relief as more fully described in the Settlement Agreement.  If no such motion is pending on the date when final payment is made pursuant to the Settlement Agreement, this order of dismissal shall automatically convert to dismissal with prejudice.

Dated: _____, 20___

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: February 15, 2012