# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Tumac Lumber Company, Inc.**
        Plaintiff
vs.                                             CASE NUMBER: 3:11-CV-698 (DEP)

**Chenango Valley Pet Foods, Inc.**
        Defendant

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's motion for enforcement of settlement is granted and therefore judgment is entered in favor of Tumac Lumber Company, Inc., and against Chenango Valley Pet Foods, Inc., in the amount of $125,000.00.

All of the above pursuant to the order of the Honorable Judge David E. Peebles, dated the 15th day of May, 2012.

DATED: May 15, 2012

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk